■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMOS HALL, Appellant. [600 NYS2d 670] —Order unanimously reversed on the law and matter remitted to Monroe County Court for further proceedings in accordance with the same Per Curiam opinion as in People v Mitchell (192 AD2d 1137). (Appeal from Order of Monroe County Court, Sirkin, J.— Settle Record on Appeal.) Present—Denman, P. J., Pine, Balio, Boomer and Davis, JJ.